## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**IN RE: KAREN WATERS**                                    **CASE NO. 4:20-BK-12607**
**DEBTOR**                                                         **CHAPTER 13**

### NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that the captioned debtor has filed the Amended Plan. Objections must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-eight (28) days from the date of this notice, with copies to the attorney for debtors and to the Standing Chapter 13 Trustee, P. O. Box 5006, North Little Rock, Arkansas 72119.

If objections are filed, they will be set for hearing by subsequent notice. If no objections are received, the Amended Plan may be granted without further notice or hearing.

Date: July 29, 2020                                      /S/ Mickey Stevens
                                                         American Bankruptcy Associates PLLC.
                                                         Skelton & Stevens Legal Group PLLC.
                                                         2615 N. Prickett Road Suite 2
                                                         Bryant, AR 72022
                                                         Phone: (501)481-8923

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Amended Plan and attached Notice of Opportunity to Object have been mailed to the following:


Mark T. McCarty
Chapter 13 Trustee
P.O. Box 5006
North Little Rock, AR 72119

Creditors per matrix as of July 29, 2020

July 29, 2020                                      /S/ Mickey Stevens