Form nhrgccm

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:    Karen D Waters
          Debtor

Case No.: 4:20–bk–12607
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a hearing will be held before Judge Richard D. Taylor at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 10/8/20 at 09:00 AM

to consider and act upon the following:

*24* – Objection to Confirmation of Plan Filed by Sydney Lynn Rasch on behalf of Creditor US Bank Trust National Association, as Trustee for TOWD Point Master Funding Trust 2017–PM18 (Rasch, Sydney)

Dated: 8/28/20

Linda McCormack, Clerk
By:
Allison Albritton
Deputy Clerk