# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: | Date Created: 8/28/2020 |
| Case: 4:20–bk–12607 | Form ID: nhrgct | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     Mark T. McCarty     ecfmail@ch13ark.com
aty     Mickey Lynn Stevens     skeltonandstevens@outlook.com
aty     Sydney Lynn Rasch     Sydney.rasch@padgettlawgroup.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Karen D Waters     8122 Tena Marie     Hensley, AR 72065

TOTAL: 1