**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: Karen Waters** | **CASE NO. 4:20-bk-12607** |
| **Debtor(s)** | **CHAPTER 13** |

## NOTICE OF APPEARANCE

Before this Court are Leslie N. Mann, Sarah Murphy McDaniel, and Michael Tackett of Mackie Wolf Zientz & Mann, P.C., who states this firm's legal services have been retained on behalf of Select Portfolio Servicing, Inc., as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust, herein, and who enter their appearances as attorneys of record and request notice of all motions and pleadings filed in this action.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
124 W. Capitol Avenue, Suite 1560
Little Rock, AR 72201
Phone: (501) 218-8111
Facsimile: (501) 588-0070
Email: smcdaniel@mwzmlaw.com

By: */s/ Sarah Murphy McDaniel*
Sarah Murphy McDaniel (Bar No. 2012130 )

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Michael Tackett (Bar No. 2018110)

Attorneys for Select Portfolio Servicing, Inc.

## CERTIFICATE OF SERVICE

On October 17, 2022, a copy of the foregoing pleading was served via electronic mail or first class mail upon Mickey Lynn Stevens, 2615 N. Prickett Road Suite 2, Bryant, AR 72022, skeltonandstevens@outlook.com, Attorney for Debtor and Mark T. McCarty, Bankruptcy Trustee, PO Box 5006, North Little Rock, AR 72119, US Trustee Office of The United States Trustee 200 W Capitol, Ste. 1200 Little Rock, AR 72201.

By: */s/ Sarah Murphy McDaniel*

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Michael Tackett (Bar No. 2018110)