GO11-11(a)/tw      /121

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:   Karen D Waters                                                          CASE NO:   4:20-bk-12607 T
                                                                                                    Chapter 13

CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

   Before the court is the Motion to Dismiss filed by the Trustee on 01/11/2024 as a result of the Debtor's failure to make payments as required by the plan. The motion was set for hearing on 02/15/2024.  Prior to the hearing, the motion was settled, and a hearing was not necessary.  The court finds that the Debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the Debtor complying with the following:

1. The Debtor shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period:  March 2024 through August 2024.

   IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the Debtor complying with the above provisions.  Failure of the Debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date:  02/15/2024                                                                /s/  Richard D. Taylor
                                                                                        Richard D. Taylor
                                                                                        U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      American Bankruptcy Associates Pllc     (Noticed by ECF)
      2615 N Prickett Road Suite 2
      Bryant, AR  72022

      Karen D Waters
      8122 Tena Marie
      Hensley, AR  72065